# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| WILLIAM RANDALL COX, M.D., | : | CASE NO. 1:14-cv-00814 |
|---|---|---|
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | |
| BLUE ASH OHIO POLICE OFFICER ROGER POHLMAN, *et al.*, | : | **STIPULATED DISMISSAL AND TERMINATION ENTRY** |
| Defendants. | : | |
| | : | |

All matters in controversy between the parties hereto, having been fully settled, adjusted and compromised; **IT IS HEREBY ORDERED** that all claims pending in the above-captioned matter be dismissed, with prejudice.

APPROVED:

_____
Judge Susan J. Dlott

*/s/Christopher D. Roach (per email permission 11/29/17)*
Christopher D. Roach, Esq.
Pugh & Roach Attorneys at Law, PLLC
28 West Fifth Street
Covington, Kentucky 41011
*Attorney for Plaintiff, Admitted Pro Hac Vice*

Benjamin M. Maraan II, Esq.
Fourth & Walnut Centre
105 East Fourth Street, Suite 705
Cincinnati, Ohio 45202
*Attorney for Plaintiff*

Clyde Bennett II, Esq.
119 E. Court Street
Cincinnati, Ohio 45202-1203
*Co-Counsel for Plaintiff*


*/s/ Edward J. Dowd*
Edward J. Dowd (0018681)
Christopher T. Herman (0076894)
SURDYK, DOWD & TURNER CO., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
edowd@sdtlawyers.com
cherman@sdtlawyers.com
*Attorneys for Defendants Blue Ash Police*
*Officers Roger Pohlman and Todd Stewart*